```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MELISSA NEWTON,

                    Plaintiff,                 **MEMORANDUM AND ORDER**

     -against-                                  17-CV-1697 (KAM) (LB)

OFFICE OF THE NEW YORK CITY
COMPTROLLER; JANE BARRET AND
ASSOCIATES; BILLIG LAW P.C.; DAN
SCHNEIDER, LEX REPORTING SERVICES;
and
RUBEN FIORELLA AND FRIEDMAN, LLP,

                    Defendants.
----------------------------------------X
```

**MATSUMOTO, United States District Judge:**

Pro se plaintiff Melissa Newton brought the above captioned civil action on March 24, 2017. By Order entered October 24, 2017, the Court granted plaintiff's request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a), dismissed all of plaintiff's claims for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B), and granted thirty days leave to file an amended complaint. Plaintiff did not file an amended complaint within thirty days. By order entered July 18, 2018, the court extended plaintiff's time to file an amended complaint and advised the plaintiff that failure to file an amended complaint by August 1, 2018 would lead to dismissal of the action. To date, plaintiff has not filed an amended complaint or otherwise responded to the

court. Accordingly, the above-captioned action is hereby dismissed.

The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. The Clerk of Court is respectfully directed to enter judgment and to close this case. The Clerk of Court is respectfully requested to serve a copy of this order and the judgment on pro se plaintiff and note service on the docket.

**SO ORDERED.**

Dated: August 24, 2018
Brooklyn, New York

/s/
**HON. KIYO A. MATSUMOTO**
United States District Judge
Eastern District of New York